AO 442 Warrant for Arrest

# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

**07-116-M-01.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | **FILED** | **WARRANT FOR ARREST** |
| vs. | APR 0 3 2007 | CASE NUMBER: 2:04-865 |
| KHALIL LISLE MESKELINDI | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | **COPY** ORIGINAL WARRANT ON FILE. THIS COPY FOR INVESTIGATIVE PURPOSES ONLY. |

To: The United States Marshal or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KHALIL LISLE MESKELINDI and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice
■ Supervised Release Violation Petition

charging him or her with violation of: see attached Petition and Order.

LARRY W. PROPES                          CLERK OF COURT
Name of Issuing Officer                   Title of Issuing Officer

*Gail S. Johnson* (signature)            February 28, 2007 Charleston, SC
Signature of Issuing Officer              Date and Location

Bail to be set by Judge before whom defendant initially appears.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at D/DC Court | | |
| Date Received 04/03/07 | Name and Title of Arresting Officer **COPY DO NOT EXECUTE** | Signature of Arresting Officer |
| Date of Arrest 04/03/07 | | |

♦Prob 12C
(Rev. 4/05)

07-116-M-01.

# UNITED STATES DISTRICT COURT

for

District of South Carolina

/007 FEB 23 ⟨illegible⟩

**FILED**
APR 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Khalil Lisle Meskelindi       **Case Number:** 2:04-CR-00866

**Name of Sentencing Judicial Officer:** The Honorable David C. Norton

**Date of Original Sentence:** June 8, 2006

**Original Offense:** False Statements, Title 18, USC §1001(a)(2); and Misuse of Social Security Number, Title 42, USC §408(a)(7)(A)

**Original Sentence:** Time served followed by three (3) years supervised release

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** June 8, 2006

**Assistant U.S. Attorney:** Brent A. Gray       **Defense Attorney:** Jill E.M. Halevi

**Previous Court Action/Notification(s):** On December 14, 2005, the defendant appeared for a revocation hearing charged with Leaving the District Without the Permission of the U.S. Probation Officer after he absconded from supervision. His supervised release was revoked for a period of six (6) months to be followed by thirty (30) months supervised release with all the original special conditions reimposed.

On June 8, 2006, the defendant appeared for a revocation hearing charged with Failing to Report to the Probation Office as Directed. His supervised release was revoked for a period of nine (9) months followed by twenty one (21) months supervised release with all the original special conditions reimposed and the following additional condition: The defendant shall surrender to the Michigan authorities within one week of release from imprisonment.

### PETITIONING THE COURT

[x]  To issue a warrant

[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Failure to Report to the U.S. Probation Office:** On February 5, 2007, Mr. Meskelindi reported to the probation office following his release from imprisonment. He was instructed to contact the probation office the following day to set up a report time so that the conditions of his release could be further discussed. Mr. Meskelindi failed to call or report to the probation office and his current whereabouts are unknown. |

Prob 12C
(Rev. 4/05)

PAGE 2

2     **Failure to Notify of Address Change:** Upon release from imprisonment, Mr. Meskelindi was residing at
verified on February 5, 2007. However, contact with the
revealed he has not returned to that residence since February 4, 2007.

3     **Failure to Notify the Probation Officer of a Change in Employment:** On February 5, 2006, Mr. Meskelindi reported employment with El Cheapo located 3615 Dorchester Road, North Charleston, South Carolina. However, contact with the owner of this business on February 8, 2007, revealed that Mr. Meskelindi worked only two days and has not worked since.

3     **Failure to Report to Authorities in Michigan:** Mr. Meskelindi had a special condition to report to Michigan authorities within one (1) week of his release, however, has failed to do so as of February 14, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _February 16, 2007_

_Ruth E. Daugherty_
Ruth E. Daugherty
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[X] No action.

[X] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

---

**BOND CONSIDERATION:**

[ ] Bond to be set at the discretion of the United States Magistrate Judge

[ ] No bond to be set.

[ ] Other (specify):

A TRUE COPY
Attest: Larry W. Propes, Clerk
By: _April S. Jackson_
Deputy Clerk

_The Honorable David C. Norton_
United States District Judge

_February 12, 2007_
Date