**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001**
Date: 4/4/07

Nancy Mayer-Whittington
Clerk of the Court

FILED
APR 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Address of Other Court: United States District Court
P.O. Box 876
Charleston, SC 29402

RE: 07-116M KHALIL LISLE MESKELINDI (DAR)

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Petition for Warrant | | Order of Removal |
|   | Minute Order Appointing Counsel | X | Detention Order |
|   | Corporate Surety Bond | X | Waiver of Removal |
|   | Personal Surety Bond | | |
| X | Other- Blotter dated 4/3/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk